UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | |
|---|---|
| DORSEY G. GANN, ) | |
| Petitioner, ) | No. 3:12-cv-00747 |
| ) | (Crim. No. 3:02-cr-00209) |
| v. ) | JUDGE TRAUGER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

MOTION TO FILE LATE RESPONSE TO MOTION FOR RELIEF UNDER 28 U.S.C. § 2255

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, and respectfully requests this Court allow the undersigned to file a written response to defendant's Motion for Relief Under 28 U.S.C. § 2555. As grounds in support of this motion, the undersigned acknowledges that the response was due on or about September 21, 2012. Due to recent absences from work, however, the undersigned attorney has not been able to complete this response until today.

Wherefore, the government respectfully requests permission to file its response late.

    Respectfully submitted,

    EDWARD M. YARBROUGH
    United States Attorney for the
    Middle District of Tennessee

    s/ S. Carran Daughtrey
    S. Carran Daughtrey
    Assistant United States Attorney
    110 Ninth Avenue South, Suite A-961
    Nashville, Tennessee 37203-3870
    Telephone: (615) 736-5151

1