# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DORSEY G. GANN,** ) | |
| ) | |
| **Movant,** ) | |
| ) | |
| v. ) | No. 3:12-cv-00747 |
| ) | Judge Trauger |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

## O R D E R

The movant, Dorsey Gawayne Gann, proceeding *pro se*, has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. (Docket No. 1). The movant presently is incarcerated at the Federal Correctional Institution in Ashland, Kentucky.

The movant also has filed a motion to expand the record (Docket No. 2) asking the court to consider a declaration submitted by the movant explaining his efforts to appeal the Bureau of Prison's decision regarding the computation of the prisoner's federal sentence. That motion (Docket No. 2) is hereby **GRANTED** and, accordingly, the court has considered the movant's declaration.

In accordance with the Memorandum entered contemporaneously herewith, the motion filed by Gann pursuant to 28 U.S.C. § 2255 seeking to vacate, set aside, or correct sentence (Docket No. 1) is hereby **DENIED**. This action, therefore, is hereby **DISMISSED WITH PREJUDICE**. Rule 8(a), Rules – § 2255 Cases. A certificate of appealability will not issue as to the claim set forth in the movant's motion. Rule 11(a), Rules Gov'g § 2255 Motions.

Entry of this order shall constitute the judgment in this action.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge